POMERANTZ LLP
Thomas H. Przybylowski
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
tprzybylowski@pomlaw.com

*Attorney for Plaintiff*

- additional counsel on signature page -

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JARRYD ANTHONY MALOUF, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, BELINDA NUCIFORA, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, and MICHAEL ALFRED, <br><br> Defendants. | Case No. 1:22-cv-07137 |

NOTICE OF VOLUNTARY DISMISSAL

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above-captioned action *Malouf v. Iris Energy Limited et al.*, No. 1:22-cv-07137, brought before the United States District Court for the District of New Jersey, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiff Jarryd Anthony Malouf hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

Dated:  December 8, 2022              Respectfully submitted,

                                      POMERANTZ LLP

                                      <u>/s/ Thomas H. Przybylowski</u>
                                      Thomas H. Przybylowski
                                      Jeremy A. Lieberman
                                      J. Alexander Hood II
                                      600 Third Avenue, 20th Floor
                                      New York, New York 10016
                                      Telephone: (212) 661-1100
                                      Facsimile: (917) 463-1044
                                      tprzybylowski@pomlaw.com
                                      jalieberman@pomlaw.com
                                      ahood@pomlaw.com

                                      *Attorneys for Plaintiff*